| UNITED STATES OF AMERICA | ADJOURNED INITIAL APPEARANCE |
|---|---|
| | on Rule 5 Hearing |
| | Identity Hearing |
| | Detention Hearing |
| v. | |
| | CASE NUMBER 25-mj-997 |
| CRISTHIAN ALEXANDER MUNOZ PEREZ | |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross M. | Hearing Began: 10:05 a.m. |
| Hearing Held: August 29, 2025 at 10:00 a.m. | Hearing Ended: 10:54 a.m. |

**Appearances:**
UNITED STATES OF AMERICA by: Margaret Honrath
CRISTHIAN ALEXANDER MUNOZ PEREZ, in person, and by: John Campion    ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☐ None ☑ Sworn Spanish Interpreter Susan Rascon

☑ Defendant advised of rights
☑ Defendant advised of charges, penalties and fines

☑ Defendant to be transported by the U.S. Marshal to District of Nebraska

Identity hearing proceeded.

10:07AM  Government calls **Corey Baumgardner** to the witness stand. Direct.
10:26AM  Cross-examination.
10:27AM  Witness excused.
10:28AM  Government calls **Hannah Behnke** to the witness stand. Direct.
10:29AM  Witness excused.
10:29AM  Government oral argument.
10:31AM  Defendant declines to make an oral argument.
10:31AM  Court finds that government has met its burden that there is probable cause that the defendant is Cristhian Alexander Munoz Perez.

Status pending appearance in charging district:
Government seeking detention. Defendant to argue for release.

Government
- Charges stem from a large criminal organization committing crimes throughout U.S.
- Multiple states involved.
- Defendant has only been living in Wisconsin for two months.

- Defendant was jackpotting ATMs.
- Very sophisticated malware.
- Defendant is tasked with installing malware and then continuing to manipulate malware and retrieving cash.
- Amounts as high as $100,000-$150,000 a day retrieved.
- Defendant face seen on camera at ATMs.
- Multiple steps involved in this criminal enterprise including counter-surveillance.
- Defendant alleged to be in Iowa, New York, Nebraska, and Wisconsin committing this crime.
- Defendant left fingerprint at one ATM.
- Defendant's hands in surveillance footage as well.
- Defendant was arrested after being surveilled at ATM.
- Defendant had items including screwdriver and other indicia of him committing these crimes.
- Defendant stated this was his first time committing crime and was operating at behest of other actors.
- Immigration detainer has been placed on defendant.
- Important to detain defendant so he can answer for these crimes.
- Partner is in immigration custody now.
- Other person who came forward for defendant is also possibly involved in this scheme.
- Substantial evidence that defendant is a flight risk.
- Defendant is danger to community based on ongoing criminal behavior.

Defendant
- Don't think there is anything about danger to community.
- Issue is flight risk.
- Defendant has place to go and person to stay with.
- Other person he can stay with has not been charged with any crime.
- Defendant has been in this city for a couple months now.
- Defendant could be monitored.
- Requesting release to Arian Rodriguez here in Milwaukee.

Court
- Will detain defendant pending his appearance in District of Nebraska.
- Serious flight risk.
- Defendant remanded and detained until he is transported to Nebraska.